UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 07 123

| | | |
|---|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| ANISA INTERNATIONAL INC., | ) | |
| Defendant. | ) | |

**COMPLAINT AND JURY DEMAND**

Plaintiff JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION, by its undersigned attorneys, by way of Complaint herein, alleges as follows:

1. Plaintiff JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION is a Rhode Island corporation having a place of business at 128 Singleton Street, Woonsocket, Rhode Island 02895.

2. On information and belief, Defendant ANISA INTERNATIONAL INC. is a Georgia corporation having a place of business at 55 Peachtree Park Drive N.E., Atlanta, Georgia 30309, and is doing business in this judicial district.

3. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 in that the Complaint sets forth a count for patent infringement under Title 35 of the United States Code.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400.

5. Plaintiff JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION is the assignee of U.S. Design Patent No. D-475,918 entitled "Cosmetic Carrying Case," which Patent duly issued on June 17, 2003 (the "'918 patent"). A true copy of the '918 Patent is attached hereto as Exhibit A.

6. Plaintiff has the exclusive right to make, use, offer for sale, and sell cosmetic carrying cases embodying the invention of the '918 Patent.

7. On information and belief, Defendant has been and is making, using, offering for sale, and and/or selling, cosmetic carrying cases embodying the invention of the '918 Patent, without authorization from Plaintiff.

8. Said actions of Defendant constitute infringement of the '918 Patent under 35 U.S.C. § 271.

WHEREFORE, Plaintiff JKA,INC. d/b/a DIVERSIFIED DISTRIBUTION demands judgment as follows against the Defendant:

A. That this court preliminarily and permanently enjoin Defendant, from the manufacture, use, offer for sale, and sale of products that infringe the '918 Patent.

B. That Defendant provide an accounting for damages regarding its manufacture, use, offer for sale, and sale of the infringing products.

C. That Plaintiff be awarded damages adequate to compensate for the infringement, including Defendant's profits pursuant to 35 U.S.C. § 289, but in no event less than a reasonable royalty, together with interest and costs.

D. That this Court grant such other order and further relief as it deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiff hereby demand trial by jury of all issues so triable.

JKA, INC., d/b/a DIVERSIFIED DISTRIBUTION,

By its Attorneys,

Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200
401.276.6611 Telecopy

Of Counsel:

Robert J. Doherty
10-11 George Street
Barrington, RI 02806