AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

JKA, Inc., d/b/a DIVERSIFIED DISTRIBUTION

V.

ANISA INTERNATIONAL, INC.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 123

TO: (Name and address of defendant)

Anisa International, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark A. Pogue, EDWARDS ANGELL PALMER & DODGE LLP, 2800 Financial Plaza, Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4/3/2007

Wendy Seite

(BY) DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the summons and complaint was made by me | DATE<br>April 25, 2007 @ 12:10 pm |
|---|---|
| NAME OF SERVER<br>Donnie C. Briley | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left ______

☐ Returned unexecuted: ______

☑ Other ( specify): Served Anisa International, Inc. By personally serving Monica Mulholland, Operations Manager, at her business located at 55 Peachtree Park Drive, NE, Atlanta, GA 30309.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/25/07
*Date*

[signature]
*Signature of Server*

MLQ ATTORNEY SERVICE
2000 Riveredge Parkway, NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.