UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-123 S |
| ANISA INTERNATIONAL, INC., | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

I, Jeffrey K. Techentin, hereby enter my appearance on behalf of the Defendant Anisa International, Inc., with regard to the above-captioned case.

ANISA INTERNATIONAL, INC.
By its Attorneys,

/s/ Jeffrey K. Techentin
Jeffrey K. Techentin (#6651)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604
Dated: May 11, 2007

**CERTIFICATE OF SERVICE**

TO:

Mark A. Pogue
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that I filed the within Entry of Appearance through the ECF system on the 10th day of May, 2007, and that notice will be sent electronically to the above-named counsel who is a registered participant identified on the Mailing Information for Case No. 07-123S.

/s/ Jeffrey K. Techentin_________

*417502_1*