UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,<br><br>Plaintiff,<br><br>v.<br><br>ANISA INTERNATIONAL, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 07-123 S |

## STIPULATION

Pursuant to Local Rule (Civ) 29(b), Plaintiff and Defendant hereby stipulate that the deadline for Defendant Anisa International, Inc. to answer or otherwise respond to the Complaint shall be extended by thirty (30) days to June 14, 2007.

JKA, Inc., d/b/a Diversified Distribution

By: /s/ Mark A. Pogue
Mark A. Pogue
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 276-6491
Fax: (888) 325-9050
Dated: May 11, 2007

Anisa International, Inc.

By: /s/ Jeffrey K. Techentin
Jeffrey K. Techentin
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 351-4607
Dated: May 11, 2007

**CERTIFICATE OF SERVICE**

TO:

Mark A. Pogue
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903

I hereby certify that I filed the within Stipulation through the ECF system on the 10th day of May, 2007, and that notice will be sent electronically to the above-named counsel who is a registered participant identified on the Mailing Information for Case No. 07-123S.

/s/ Jeffrey K. Techentin_________

*417500_1*