UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,<br><br>Plaintiff,<br><br>v.<br><br>ANISA INTERNATIONAL INC.,<br><br>Defendant. | Civil Action No. 07-123-S |

**STIPULATION**

The parties hereby stipulate and agree that plaintiff Diversified Distribution may have until and including July 10, 2007 to respond to defendant's Motion To Dismiss For Lack of Personal Jurisdiction Or, In The Alternative, To Transfer To The Northern District of Georgia.

6/25/07
Date

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Attorney for JKA, Inc., dba
Diversified Distribution

6/25/07
Date

/s/ Jeffrey K. Techentin
Jeffrey K. Techentin
Adler Pollock & Sheehan PC
One Citizens Plaza
Providence, RI 02903
Tel. 401-274-7200
Attorney for Anisa International, Inc.