UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-123-S |
| ANISA INTERNATIONAL INC., | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Plaintiff JKA, Inc. ("JKA"), with the consent and agreement of defendant Anisa International, Inc ("Anisa"), hereby moves for an extension of time to respond to Anisa's pending Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer To The Northern District Of Georgia (the "Motion"). The purpose of the requested extension is to enable JKA to take jurisdictional discovery from Anisa related to issues raised by Anisa in its Motion. JKA intends to serve its jurisdictional discovery no later than July 13, 2007. Anisa reserves all rights to assert appropriate objections to that discovery.

By agreement of the parties, JKA will file its objection to the Motion no later than 21 days after all of its jurisdictional discovery has been fully answered by Anisa (or, if Anisa asserts objections to the discovery requests, 21 days after any such objections are upheld by the Court). Once the discovery has been served and answered, the parties will advise the Court of the precise

date when JKA's objection to the Motion is due. Presently, the parties estimate that JKA's objection to the Motion will be due on approximately September 4, 2007.

7/5/07
Date

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Attorney for JKA, Inc., dba
Diversified Distribution

7/5/07
Date

/s/ Jeffrey K. Techentin
Jeffrey K. Techentin #6651
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401-274-7200
Attorney for Anisa International, Inc.