UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,<br><br>Plaintiff,<br><br>v.<br><br>ANISA INTERNATIONAL INC.,<br><br>Defendant. | ) | Civil Action No. 07-123-S |

**ASSENTED-TO MOTION FOR FURTHER EXTENSION OF TIME**

Plaintiff JKA, Inc. ("JKA"), with the consent and agreement of defendant Anisa International, Inc. ("Anisa"), hereby moves for a further extension of time to respond to Anisa's pending Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer To The Northern District Of Georgia (the "Motion"). The purpose of the extension requested herein is to enable JKA to complete its jurisdictional discovery from Anisa related to issues raised by Anisa In its Motion.

The specific deadlines proposed by the parties are set forth in the "Proposed Timetable" set forth below.

**Background**

JKA previously moved for an extension of time to respond to the Motion so that it could take jurisdictional discovery. Anisa consented to the granting of that motion, and this Court granted it on July 10, 2007.

On July 16, 2007, JKA served a set of 23 document requests and 23 interrogatories on Anisa. All of this discovery was intended to seek information related to the jurisdictional arguments in the Motion.

Anisa mailed its responses to the discovery requests on August 30, 2007. Anisa answered some of the interrogatories and produced documents in response to certain of the document requests. On the other hand, Anisa objected to 16 of the 25 document requests, and 16 of the 23 interrogatories.

**Proposed Timetable**

On or before September 14, 2007, the parties intend to confer in an effort to resolve Anisa's objections to the jurisdictional discovery. If the parties resolve all their differences, then JKA will file its response to the Motion within 20 days after receipt of any additional discovery information produced by Anisa.

If, on the other hand, the parties cannot resolve their differences, then by September 21, 2007, JKA will file a motion to compel responses to the disputed discovery requests. If the Court grants that motion, in whole or in part, and directs Anisa to produce additional discovery material, then JKA will file its response to the Motion within 20 days after receipt of any additional discovery material produced by Anisa. If the Court denies JKA's motion to compel, then JKA will file its response to the Motion within 20 days after that denial.

**Conclusion**

For the foregoing reasons, the instant motion should be granted, and this Court should impose deadlines on the parties consistent with the "Proposed Timetable" set forth above.

9/6/07________________________________
Date

/s/ Mark A. Pogue______________________
Mark A. Pogue #3441
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200
401.276.6611 Telecopy
Attorney for JKA d/b/a Diversified Distribution

9/6/07________________________________
Date

/s/ Jeffrey K. Techentin__________________
Jeffrey K. Techentin (#6651)
Adler Pollock & Sheehan PC
One Citizens Plaza
Providence, RI 02903
401.274-7200
401.751.0604 Telecopy
Attorney for Anisa International, Inc.