UNITED STATES DISTRICT COURT
OR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JKA INC. d/b/a DIVERSIFIED DISTRIBUTION, Plaintiff, | : | |
| v. | : | C.A. No. 07-123 |
| ANISA INTERNATIONAL INC., Defendant. | : | |

**ASSENTED-TO MOTION OF DEFENDANT ANISA INTERNATIONAL INC. TO FILE OBJECTIONS TO MOTIONS TO COMPEL OUT OF TIME**

Pursuant to Local Rule (Civ) 29, Defendant Anisa International Inc. ("AI") hereby moves for leave to file its objections to the motions to compel of Plaintiff JKA, Inc. d/b/a Diversified Distribution's regarding document requests (Docket No. 10) and interrogatories (Docket No. 11) out of time. Plaintiff, through counsel, assents to the relief sought in this motion.

ANISA INTERNATIONAL, INC.,
By its attorneys,

/s/ Jeffrey K. Techentin

Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
October 11, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within Assented-to Motion for Leave to File Objections to Motions to Compel Out of Time through the ECF system on the 11th day of October, 2007, and that notice will be sent electronically to the above-named counsel who is a registered participant identified on the Mailing Information for Case No. 07-123S.

Mark A. Pogue
Edwards, Angell, Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

/s/ Jeffrey K. Techentin__________

*431780_1*