UNITED STATES DISTRICT COURT
OR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JKA INC. d/b/a DIVERSIFIED DISTRIBUTION, Plaintiff, | : | |
| v. | : | C.A. No. 07-123 |
| ANISA INTERNATIONAL INC., Defendant. | : | |

**OBJECTION TO PLAINTIFF JKA INC. d/b/a DIVERSIFIED DISTRIBUTION'S MOTION TO COMPEL RESPONSES TO ITS FIRST SET OF INTERROGATORIES TO DEFENDANT ANISA INTERNATIONAL INC.**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendant Anisa International Inc. ("AI") hereby objects to Plaintiff JKA, Inc. d/b/a Diversified Distribution's Motion to Compel interrogatories in response to its First Set of Interrogatories to Defendant Anisa International Inc. (the "Interrogatories"). The bases for its objection to the motion to compel is set forth in AI's objections to the Interrogatories themselves, which have been set forth in full in Plaintiff's moving papers. AI respectfully requests oral argument on the motion to compel.

ANISA INTERNATIONAL, INC.,
By its attorneys,

/s/ Jeffrey K. Techentin___________
Jeffrey K. Techentin (#6651)
jtechentin@apslaw.com
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604/ 351-4607
October 11, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within Objection to Motion to Compel Responses to Interrogatories through the ECF system on the 11th day of October, 2007, and that notice will be sent electronically to the above-named counsel who is a registered participant identified on the Mailing Information for Case No. 07-123S.

Mark A. Pogue
Edwards, Angell, Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

/s/ Jeffrey K. Techentin__________

*431780_1*