**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,<br><br>Plaintiff,<br><br>v.<br><br>ANISA INTERNATIONAL INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-123-S |

**UNDERTAKING CONCERNING CONFIDENTIAL INFORMATION**

I, ______________________, hereby represent that I have read the Stipulation And Order Governing The Production And Exchange Of Confidential Information which has been entered by the Court in this case (the "Order"). I represent that I will comply with all of the terms of the Order, and acknowledge that any violation of the terms of the Order will be punishable by the Court.

_______________________________________

Date: __________________________________