UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,

Plaintiff,

v.

ANISA INTERNATIONAL INC.,

Defendant.

Civil Action No. 07-123-S

**STIPULATION**

The parties hereby stipulate and agree that (i) plaintiff Diversified Distribution, Inc.'s objection to defendant Anisa International, Inc.'s Motion To Dismiss For Lack Of Personal Jurisdiction Or, In The Alternative, To Transfer shall be filed on or before January 4, 2008, and (ii) any reply brief by the defendant shall be filed by January 22, 2008.

12/17/07
Date

/s/ Mark A. Pogue
Mark A. Pogue #3441
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
Attorney for JKA, Inc., dba
Diversified Distribution

12/17/07
Date

/s/ Jeffrey K. Techentin
Jeffrey K. Techentin #6651
Adler Pollock & Sheehan PC
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel. 401-274-7200
Attorney for Anisa International, Inc.