UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,

Plaintiff,

v.

ANISA INTERNATIONAL INC.,

Defendant.

Civil Action No. 07-123-S

**AFFIDAVIT OF NATASHA R. RICHARD**

I, Natasha R. Richard, hereby declare and state as follows:

1. I work as a Document Production staff member at the law firm of Edwards Angell Palmer & Dodge LLP. I have personal knowledge of the facts set forth below.

2. At the request of Mark Pogue, an attorney in this Firm, I have examined the contents of two DVDs. Each disc is labeled "JKA v. ANISA, Emails to Del Ponte."

3. There are a total of 29,990 pages of material on disc 1. The second disc contains 30,000 pages of material.

4. Altogether, the two discs labeled "Emails to Del Ponte" I reviewed contain 59,990 pages of material.

Natasha R. Richard

Sworn to before me this 4th day of January 2008.

Notary Public

JOYCE M. MCCUTCHEON, Notary Public
State of Rhode Island and Providence Plantations
My Commission Expires: 3/10/09

PRV 927647.1