UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,<br><br>Plaintiff,<br><br>v.<br><br>ANISA INTERNATIONAL INC.,<br><br>Defendant. | Civil Action No. 07-123-S |

**AFFIDAVIT OF DIANE M. DAWSON**

I, Diane M. Dawson, hereby declare and state as follows:

1. I work as a Document Production staff member at the law firm of Edwards Angell Palmer & Dodge LLP. I have personal knowledge of the facts set forth below.

2. At the request of Mark Pogue, an attorney in this Firm, I have examined the contents of two DVDs. Each disc is labeled "JKA v. ANISA, Emails to Del Ponte."

3. There are a total of 52,436 pages of material on disc 3. The fourth disc contains 16,257 pages of material.

4. Altogether, the two discs labeled "Emails to Del Ponte" I reviewed contain 68,693 pages of material.

Diane M Dawson
Diane M. Dawson

Sworn to before me this 4th day of January 2008.

Joyce M McCutcheon
Notary Public

JOYCE M. MCCUTCHEON, Notary Public
State of Rhode Island and Providence Plantations
My Commission Expires: 3/10/09

PRV 927647.1