UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,

Plaintiff,

v.

ANISA INTERNATIONAL INC.,

Defendant.

Civil Action No. 07-123-S

**AFFIDAVIT OF ERIN DOLAN**

I, Erin Dolan, hereby declare and state as follows:

1. I am a paralegal at the law firm of Edwards, Angell, Palmer & Dodge LLP. I have personal knowledge of the facts set forth below.

2. At the request of Mark Pogue, an attorney here, I reviewed certain telephone bills relating to a Rhode Island telephone number used by David Del Ponte of North Kingstown, Rhode Island.

3. The bills reflect that, between November 2005 and April 2007, Mr. Del Ponte made an average of 60 calls per month from this telephone line.

Erin Dolan

Erin Dolan

Subscribed and sworn to before me on this 3rd day of January, 2008.

Alba D. Izzo

Notary Public
My Commission Expires: 10/4/2009

ALBA D. IZZO, Notary Public
State of Rhode Island and Providence Plantations
My Commission Expires 10-4-2009

PRV 927899.1