UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,

Plaintiff,

v.

ANISA INTERNATIONAL INC.,

Defendant.

Civil Action No. 07-123-S

**AFFIDAVIT OF JANICE AJOOTIAN**

I, Janice Ajootian, hereby declare and state as follows:

1. I am the owner and president of JKA, Inc. d/b/a Diversified Distribution ("JKA"), the plaintiff in this action. I have personal knowledge of the facts set forth in this affidavit.

2. I understand that, at his deposition in this case, David Del Ponte, an officer of defendant Anisa International, Inc. ("Anisa"), was shown several cosmetic brushes which he said Anisa has sold to KMart. Each of these brushes came in a plastic carrying case with a zipper along the back side near the edge of the case.

3. I have personally inspected the cosmetic brushes and plastic carrying cases which Mr. Del Ponte identified at his deposition. These carrying cases are the same as the carrying cases identified in paragraph 7 of the Complaint in this matter. In other words, the carrying cases identified by Mr. Del Ponte as having been sold by Anisa to KMart are the same cases that

JKA contends infringe its Design Patent No. D-475,918 entitled "Cosmetic Carrying Case," which patent duly issued on June 17, 2003.

Janice Ajootian

Subscribed and sworn to before me on this 19th day of December, 2007.

Notary Public
My Commission Expires: June 15, 2010

LAURIE ELYN TESSIER
Notary Public-State of Rhode Island
My Commission Expires
June 15, 2010



PRV 925727.1