UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,<br><br>Plaintiff,<br><br>v.<br><br>ANISA INTERNATIONAL INC.,<br><br>Defendant. | Civil Action No. 07-123-S |

**AFFIDAVIT OF VALERIE BARNA**

I, Valerie Barna, hereby declare and state as follows.

1. I am an employee of Diversified Distribution, Inc. I have personal knowledge of the facts set forth below.

2. On June 27, 2007, I traveled to the Kmart store located on Garfield Avenue in Cranston, Rhode Island. The purpose of my visit was to observe whether any cosmetic brushes manufactured for Kmart by Anisa International, Inc. ("AI"), the defendant in this action, were on sale in the Kmart store.

3. I observed 102 individual brushes or brush sets manufactured for Kmart by AI on sale in the Kmart store in Cranston. All of these brushes and brush sets were sold in the plastic pouches which DD alleges violates a patent held by DD.

4. I purchased several of the brushes and brush sets made by AI. A copy of the sales receipt is attached to this affidavit.

Valerie A. Barnes

Sworn to under the pains and penalties of perjury this 19th day of December, 2007 2007.

Laurie Elyn Tessier
Notary Public
My Commission Expires: June 15, 2010

LAURIE ELYN TESSIER
Notary Public-State of Rhode Island
My Commission Expires
June 15, 2010



PRV 922117.1