UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION, Plaintiff, v. ANISA INTERNATIONAL INC., Defendant. | Civil Action No. 07-123-S |

**AFFIDAVIT OF DEBORAH KRIEG**

I, Deborah Krieg, hereby declare and state as follows.

1. I am an employee of Diversified Distribution, Inc. I have personal knowledge of the facts set forth below.

2. On December 17, 2007, I traveled to the Kmart store located on Garfield Avenue in Cranston, Rhode Island. The purpose of my visit was to observe whether any cosmetic brushes manufactured for Kmart by Anisa International, Inc. ("AI"), the defendant in this action, were on sale in the Kmart store.

3. I observed 24 individual brushes or brush sets manufactured for Kmart by AI on sale in the Kmart store in Cranston. All of these brushes and brush sets were sold in the plastic pouches which DD alleges violates a patent held by DD.

4. I purchased several of the brushes and brush sets made by AI. A copy of the sales receipt is attached to this affidavit.

Deborah L. Krug

Sworn to under the pains and penalties of perjury this 18th day of December, 2007.

LAURIE ELYN TESSIER
Notary Public-State of Rhode Island
My Commission Expires
June 15, 2010

Laurie Elyn Tessier
Notary Public
My Commission Expires: June 15, 2010

the original exchange

kmart

SUPER KMART CENTER 9447
7 GARFIELD AVE.
CRANSTON, RI 02910
(401)946-3400

** WELCOME TO YOUR **
** KMART STORE 9447 **

CASHIER: BARBARA
GENERAL MERCHANDISE

| | | | |
|---|---|---|---|
| 07200026422 | IE BRNZR BSH A | 7.99 | T |
| 07200026427 | IE ANGL BRSH A | 4.99 | T |
| 07200026432 | IE CRSE SMDG A | 3.99 | T |
| 07200026442 | IE 5PC BRSH A | 13.99 | T |

**** TAX 2.17 BAL 33.13
Cash 35.00
CHANGE 1.87

YOUR TOTAL SAVINGS: 4.00

TOTAL NUMBER OF ITEMS = 4

ØID JFE XMN Ø06 K3D BVK

RECEIPT# 09447 121707 001 63123

12/17/07 3:19 PM 9447 01 6312 1011

Merchandise included in today's transaction may be returned or exchanged before **03/16/08** with this receipt.