UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JKA, INC. d/b/a DIVERSIFIED DISTRIBUTION,

Plaintiff,

v.

ANISA INTERNATIONAL INC.,

Defendant.

Civil Action No. 07-123-S

## AFFIDAVIT OF VALERIE BARNA

I, Valerie Barna, hereby declare and state as follows.

1. I am an employee of Diversified Distribution, Inc. I have personal knowledge of the facts set forth below.

2. On June 27, 2007, I traveled to the Kmart store located on Garfield Avenue in Cranston, Rhode Island. The purpose of my visit was to observe whether any cosmetic brushes manufactured for Kmart by Anisa International, Inc. ("AI"), the defendant in this action, were on sale in the Kmart store.

3. I observed 102 individual brushes or brush sets manufactured for Kmart by AI on sale in the Kmart store in Cranston. All of these brushes and brush sets were sold in the plastic pouches which DD alleges violates a patent held by DD.

4. I purchased several of the brushes and brush sets made by AI. A copy of the sales receipt is attached to this affidavit.

Valerie A. Barner

Sworn to under the pains and penalties of perjury this 19th day of December, 2007 2007.

Laurie Elyn Tessier
Notary Public
My Commission Expires: June 15, 2010

LAURIE ELYN TESSIER
Notary Public-State of Rhode Island
My Commission Expires
June 15, 2010



PRV 922117.1

kmart

SUPER KMART CENTER 9447
7 GARFIELD AVE.
CRANSTON, RI 02910
(401)946-3400

** WELCOME TO YOUR **
** KMART STORE 9447 **

CASHIER:
GENERAL MERCHANDISE

| | | |
|---|---|---|
| 07200026328 IE LG PWDR | | |
| | 2 @ 1/9.99 | 19.98 |
| 07200026329 IE PWDR/BLND | | |
| | 2 @ 1/9.99 | 19.98 |
| 07200026422 IE BRNZR BSH | | 8.99 |
| 07200026424 IE KABUKI BR | | |
| | 2 @ 1/9.99 | 19.98 |
| 07200026425 IE RT KABUKI | | 9.99 |
| 07200026426 IE BLSH BRSH | | |
| | 2 @ 1/5.99 | 11.98 |
| 07200026427 IE ANGL BRSH | | |
| | 2 @ 1/5.99 | 11.98 |
| 07200026428 IE RT BLS BR | | |
| | 2 @ 1/6.99 | 13.98 |
| 07200026429 IE ISHDW BRS | | 4.99 |
| 07200026431 IE CRSE BRSH | | 3.99 |
| 07200026432 IE CRSE SMDG | | 4.99 |
| 07200026435 IE LSH W BRW | | |
| | 2 @ 1/3.99 | 7.98 |
| 07200026436 IE DUO I LNR | | 3.99 |
| 07200026439 IE 5PC BRSH | | |
| | 2 @ 1/7.99 | 15.98 |
| 07200026440 IE 6PC PRO | | |
| | 2 @ 1/12.99 | 25.98 |
| 07200026441 IE TCHUP SET | | |
| | 2 @ 1/7.99 | 15.98 |

| | | |
|---|---|---|
| **** TAX 14.05 | BAL | 214.79 |
| Cash | | 220.00 |
| CHANGE | | 5.21 |

TOTAL NUMBER OF ITEMS = 26

ØTV 2B5 GUN Ø19 ODS TØ9

06/27/07 5:58 PM 9447 07 7342 0158

Merchandise included in today's transaction may be returned or exchanged before **09/25/07** with this receipt.

The complete return & exchange polic is available at the Service Desk.

**** THANK YOU FOR ****