UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JKA, Inc. d/b/a
Diversified Distribution
    Plaintiff

v.                                        C.A. No. 07-123S

Anisa International Inc.
    Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 30, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report and Recommendation, Defendant's Motion to Dismiss for Lack of Jurisdiction, or in the Alternative, to Transfer to the Northern District of Georgia is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 11/13/08